IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SABRINA HALL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv664-MHT |
| | ) | (WO) |
| JUDGE JOHNNY HARDWICK, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit challenging defendant Judge Johnny Hardwick's actions in a rape case in state court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed on the grounds of judicial immunity. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of December, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE